UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID MILLER,<br><br>           Plaintiff,<br><br>     v.<br><br>DEPUY, INC., DEPUY SPINE, INC., (formerly DEPUY ACROMED, INC.), DEPUY ORTHOPAEDICS, INC., DEPUY ORTHOPAEDIC TECHNOLOGY, INC., JOHNSON & JOHNSON, INC.,<br><br>           Defendants. | NO:  10-CV-5115-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

Before the Court is the parties' Stipulation and Order for Dismissal with Prejudice between Plaintiff and Defendant Depuy Spine, Inc., et al. (ECF No. 21). The stipulation was heard without oral argument.

The parties stipulated and agreed that all of Plaintiff's claims and causes of action against Defendant DePuy Spine, Inc. and the other named Defendants in this matter should be dismissed with prejudice and without costs to either party.

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 1

Accordingly, IT IS HEREBY ORDERED:

The parties' Stipulation and Order for Dismissal with Prejudice between Plaintiff and Defendant Depuy Spine, Inc., et al. (ECF No. 21) is **GRANTED**. Each party shall bear their own costs and attorneys' fees.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and **CLOSE** the file.

**DATED** this 13th day of June, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 2